IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **REDACTED** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06- **33** |
| ) | |
| ADRIAN TURNER, ) | |
| a/ka, BOOP, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count I

From on or about September 2004, and continuing up to December 16, 2004, in the State and District of Delaware, and elsewhere, Adrian Turner, a/k/a Boop, defendant herein, did knowingly conspire and agree with A.C., L.H., and other unindicted coconspirators known and unknown to the grand jury to commit the following offense against the United States: to knowingly distribute, and to possess with intent to distribute, heroin, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), all in violation of 21 U.S.C. § 846.

### Count II

On or about September 21, 2004, in the District of Delaware, Adrian Turner, a/k/a Boop, defendant herein, did knowingly possess with the intent to distribute a substance containing a

detectable amount of heroin, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

### Count III

On or about November 19, 2004, in the District of Delaware, Adrian Turner, a/k/a Boop, defendant herein, did knowingly possess with the intent to distribute a substance containing a detectable amount of heroin, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) & 18 U.S.C. §2.

### Count IV

On or about November 24, 2004, in the District of Delaware, Adrian Turner, a/k/a Boop, defendant herein, did knowingly possess with the intent to distribute a substance containing a detectable amount of heroin, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) & 18 U.S.C. §2.

### Count V

On or about November 29, 2004, in the District of Delaware, Adrian Turner, a/k/a Boop, defendant herein, did knowingly possess with the intent to distribute a substance containing a detectable amount of heroin, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) & 18 U.S.C. §2.

### Count VI

On or about November 19, 2004, at about 2:25 p.m., in the District of Delaware, Adrian Turner, a/k/a Boop, defendant herein, did knowingly and intentionally use a communication facility, to wit, a telephone with the telephone no. 302-494-7042, to facilitate the commission of possession

with intent to distribute heroin, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), all in violation of 21 U.S.C. § 843(b).

### Count VII

On or about November 29, 2004, at about 8:57 p.m., in the District of Delaware, Adrian Turner, a/k/a Boop, defendant herein, did knowingly and intentionally use a communication facility, to wit, a telephone with the telephone no. 302-494-7042, to facilitate the commission of conspiracy to possess with intent to distribute heroin, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 21 U.S.C. §846, all in violation of 21 U.S.C. § 843(b).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: _Richard G. Andrews_
Richard G. Andrews
First Assistant United States Attorney

Dated: 3/28/06

3