*FILED IN OPEN COURT*
*4/6/06 KJK*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06-33 |
| ) | |
| ADRIAN TURNER, ) | |
| ) | |
| Defendants. ) | |

### MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, hereby moves that the Indictment and file in the above-captioned case be unsealed as the Defendant has been arrested.



FILED
APR 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _____
Richard G. Andrews
First Assistant United States Attorney

Dated: 4/6/06

AND NOW, this ___6___ day of ___April___, 2006, upon the foregoing Motion, it is

ORDERED that the Indictment and file in the above-captioned case are hereby unsealed.

_____
J.