IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06- **33** |
| | ) | |
| ADRIAN TURNER, | ) | |
| *a/k/a* Boop | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, ADRIAN TURNER, a/k/a Boop, as a result of the Indictment returned against him on March 28, 2006.

COLM F. CONNOLLY
United States Attorney

By: *Richard G. Andrews*
Richard G. Andrews
First Assistant United States Attorney

Dated: 3/28/06

AND NOW, this __28__ day of __March__, 2006, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of ADRIAN TURNER, a/k/a Boop.

FILED
MAR 2 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Honorable Mary Pat Thynge
United States Magistrate Judge