AO 470 (8/85) Order of Temporary Detention

*FILED IN OPEN COURT*
*4/6/06 KJK*

# United States District Court

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

_____ADRIAN TURNER_____
Defendant

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

**Case Number:** CR 06-33-UNA

Upon motion of the **Government,** it is ORDERED that a

**Detention Hearing** is set for____*April 18 2006*____ * at ___*9:30 a.a.*___
                                         Date                              Time

before ___**Honorable Mary Pat Thynge, U.S. Magistrate Judge**_____
                              Name of Judicial Officer

_____**Courtroom #6C, 6th Flr., Federal Bldg., 844 King St., Wilmington, Delaware**
                      Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United

States Marshal) (_____)
                              Other Custodial Official

and produced for the hearing.

_____*4/6/06*_____                          _____
         Date                                          Judicial Officer

_____

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to
three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C.
§3142(f)(2).
     A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present.
Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government;
subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government
or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will
flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or
attempt to threaten, injure, or intimidate a prospective witness or juror.



F I L E D

APR  6 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE