AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

ADRIAN TURNER,
a/k/a Boop

**WARRANT FOR ARREST**

Case Number: CR 06-33-UNA

To: The United States Marshal
and any Authorized United States Officer

~~SEALED~~ UNSEALED 4/6/06 KJK

YOU ARE HEREBY COMMANDED to arrest ____ ADRIAN TURNER ____
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)

CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE HEROIN - ( COUNT I );
POSSESSION WITH THE INTENT TO DISTRIBUTE HEROIN - ( COUNTS II THRU V );
USING A TELEPHONE TO FACILITATE A DRUG FELONY - ( COUNTS VI THRU VII )

in violation of Title ____ 21 ____ United States Code, Section(s) ____ 846 and 841(a)(1) and (b)(1)( C ) ____

PETER T. DALLEO                               BY: _[signature]_ ; DEPUTY CLERK
Name of Issuing Officer                        Signature of Issuing Officer

CLERK OF COURT                                MARCH 29, 2006 AT WILMINGTON, DE
Title of Issuing Officer                      Date and Location

FILED
APR 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

_Adrian Turner_

DATE RECEIVED: 3-29-06

DATE OF ARREST: 4-6-06

NAME AND TITLE OF ARRESTING OFFICER: William Deury, DUSM for DOA

SIGNATURE OF ARRESTING OFFICER: _[signature]_

AO 442    (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____