UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

FILED IN OPEN COURT
4/18/06 KJK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ADRIAN TURNER<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  CASE NO. CR06-33-JJF<br>)<br>)<br>)<br>)<br>) |

### ORDER

The defendant, upon entering a plea of not guilty to the Indictment on APRIL 18, 2006 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until JUNE 30, 2006 The time between the date of this order and JUNE 30, 2006. shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                           Honorable Mary Pat Thynge
                                           U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED
APR 2 0 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE