IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :
          Plaintiff,               :
                                   :
     v.                            :Criminal Action No. 06-33 JJF
                                   :
ADRIAN TURNER,                     :
                                   :
          Defendant.               :

## O R D E R

WHEREAS, the Court has received a Memorandum of Plea Agreement in the above-captioned case (D.I. 13);

WHEREAS, the Court will hold a Rule 11 hearing on Defendant's proposed guilty plea;

NOW THEREFORE, IT IS ORDERED that:

1. A Rule 11 hearing will be held on **Tuesday, June 20, 2006, at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and June 20, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

June 12, 2006
_____
DATE

_____
UNITED STATES DISTRICT JUDGE