IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>          Plaintiff, )<br>   v.   ) | Criminal Action No. 06-33-JJF |
|   )<br>ADRIAN TURNER, )<br>a/k/a Boop, )<br>   )<br>          Defendant. ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorney, Richard G. Andrews, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts I, III, IV, V, and VII of the Indictment pursuant to the Memorandum of Plea Agreement dated June 16, 2006.

    COLM F. CONNOLLY
    United States Attorney

By: /s/ Richard G. Andrews
    Richard G. Andrews
    First Assistant United States Attorney

Dated: 9/27/06

**SO ORDERED** this _____ day of _____, 2005.

    _____
    HONORABLE JOSEPH J. FARNAN, JR.
    United States District Court

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Criminal Action No. 06-33-JJF |
| ) | |
| ADRIAN TURNER           ) | |
| a/k/a Boop,             ) | |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on September 27, 2006, I electronically filed the foregoing:

### MOTION AND ORDER TO DISMISS

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

Dennis P. Caglia, Esquire
502 Swede Street
Norristown, Pennsylvania   19408
Dpc1316@comcast.net

/s/ Sharon L. Bernardo