IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-33-JJF |
| | ) | |
| ADRIAN TURNER, | ) | |
| a/k/a Boop, | ) | |
| | ) | |
| Defendant. | ) | |



RECEIVED
SEP 2 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorney, Richard G. Andrews, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts I, III, IV, V, and VII of the Indictment pursuant to the Memorandum of Plea Agreement dated June 16, 2006.

COLM F. CONNOLLY
United States Attorney

By: _____
Richard G. Andrews
First Assistant United States Attorney

Dated: 9/27/06

SO ORDERED this 29 day of September, 2005.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court